[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 82.]

IN RE WEST.

[Cite as *In re West*, 2001-Ohio-76.]

*Juvenile court—Delinquency proceedings—Court of appeals' judgment affirmed on authority of In re Anderson.*

(No. 00-1607—Submitted May 30, 2001—Decided June 20, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 78228.

―――――――――――

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

―――――――――――

*David H. Bodiker*, State Public Defender, and *Felice Harris*, Assistant State Public Defender, for appellant.

―――――――――――